UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC., ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 1:12-cv-01393-CKK |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-5, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF ALL JOHN DOES

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses all John Does ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 68.32.160.129, 68.32.160.223, 68.55.38.213, 98.204.96.76 and 138.88.68.244, respectively. Plaintiff dismisses John Doe Defendants because the period of time for which the Internet Service Providers keeps the data records has elapsed.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December 20, 2012

Respectfully Submitted,

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866
Counsel for Plaintiff
Maddox, Hoppe, Hoofnagle &
Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                 /s/ *Jon. A. Hoppe*
                                                 Jon A. Hoppe